UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                     Case No. CR 07-615 WJ

TOBY MARTINEZ and
SANDRA MARTINEZ,

    Defendants.

**MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR RELEASE OF PROPERTY AND ORDERING FURTHER SUBMSSIONS REGARDING REQUEST FOR JONES HEARING**

THIS MATTER comes before the Court upon a Joint Motion for Release of Property filed by Toby Martinez and Sandra Martinez on October 12, 2007 **(Doc. 94)**, following oral argument. Having considered the parties' briefs and the applicable law, I find that Defendants' motion is well-taken in part and not well-taken in part with regard to the validity of the restraining orders. The Court defers ruling on whether Defendants are entitled to a <u>Jones</u> hearing to challenge those orders.

## BACKGROUND

The Government's First Superceding Indictment, filed on August 23, 2007 (Doc. 49) charges Mr. Toby Martinez with conspiracy to commit mail fraud and money laundering under 18 U.S.C. § 1341 and 18 U.S.C. § 1956(a)(1), and the substantive crime of mail fraud. Ms. Sandra Martinez was charged with the same conspiracy, and with the substantive crime of money