# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                                                No.  CR-07-615 WJ

TOBY MARTINEZ,
RAUL PARRA,
MANNY ARAGON
SANDRA MARTINEZ,
a/k/a "Sandra Mata," and
MICHAEL MURPHY,

       Defendants.

## ORDER REGARDING PENDING MOTIONS AND PENDING DEADLINES

THIS MATTER comes before the Court sua sponte.  Certain Defendants have recently pled guilty in the above-captioned case, leaving only one Defendant – Defendant Murphy – facing trial.  Because these developments may have an effect on the status on numerous pending motions, the Court finds that:

    (1) all pending motions in this case are denied without prejudice as moot;

    (2) all pending deadlines are suspended until further notice by the Court; and

    (3) new deadlines for any re-filing of motions, and other deadlines, will be established at a later time by the Court.

Counsel shall be prepared to discuss these matters at the scheduling conference set for Tuesday, October 21, 2008 at 9:00 a.m.  See Doc. 607.

**IT IS SO ORDERED**.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE